## (March 28, 1961)

■ EDWARD T. CROWE, as Executor of NORA G. HAGGERTY, Deceased, Appellant, v. HARRY LE ROY SCHULMAN, Respondent.— Motion by appellant to substitute Flora Schulman, as executrix under the last will and testament of Harry Le Roy Schulman, deceased, as the party respondent, in place of Harry Le Roy Schulman, who died during the pendency of this appeal. Motion granted; title amended accordingly; and appeal ordered on the calendar for the current April Term of this court. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McNEILIS, Appellant.— Motion by respondent to dismiss appeal denied. Cross motion by appellant to enlarge time granted; time enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ VIRGINIA SCHWEIKERT et al., Respondents, v. JOSHUA McCAIN, Respondent, and ARTHUR PACK, Appellant.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 13, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

## (March 29, 1961)

■ JOHN M. BENNETT, Appellant, v. DOROTHY LAMOUR, INC., Respondent. — Motion by appellant for a stay of proceedings under an order vacating a judgment and third-party subpœnas, pending appeal from such order, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ EMPIRE STATE DEVELOPMENT Co., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.